## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 92-00170-CB |
| RODNEY BLYTHE, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant Rodney Blythe's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines. After determining that application of the amended guideline would, in fact, lower Defendant's guideline range, the Court entered an order expressing its intention to reduce Blythe's sentence to 324 months (the low end of the amended range) but gave the government an opportunity to object. The government has filed an objection (Doc. 112), arguing that the Court should exercise its discretion to deny relief in light of the Defendant's prison disciplinary record. While it is true that the Defendant has a compiled a lengthy prison disciplinary record over 22 years of incarceration, the proposed reduction of 36 months amounts to only 10 percent of the total sentence. Moreover, the Court finds that a sentence of 324 months is sufficient to meet the objectives of 18 U.S.C. § 3553(a). Accordingly, the government's objection is **overruled**. A separate order will be entered reducing Defendant's sentence to 324 months.

**DONE** and **ORDERED** this 8th day of September, 2015.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**