```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION


UNITED STATES OF AMERICA       :
                               :
vs.                            :   CRIMINAL ACTION 92-00170-TFM
                               :
RODNEY J. BLYTHE               :
```

ORDER

The CJA Financial Affidavit filed by Defendant (Doc. 120) has been reviewed and Defendant qualifies for appointed counsel. The Federal Defender and Assistant Federal Defender Christopher Knight are hereby appointed to represent Defendant in these proceedings. The initial appearance is **RESCHEDULED** before the undersigned to **Thursday, July 11, 2019 at 11:30 a.m. in Courtroom 5B.** The revocation hearing before Judge Terry F. Moorer has been set on **Thursday, July 11, 2019 at 1:00 p.m. in Courtroom 3B.**

Defendant is **ORDERED** to contact his attorney prior to the hearings at: 251-434-5711 (collect) and to appear for both hearings. Knight's address is Federal Public Defenders Office, 11 North Water Street, Suite 11290, Mobile, Alabama 36602.

DONE this 10th day of June, 2019.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE